**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

FILED
02 OCT 11 AM 10: 3.
U.S. D. . . . . . .
N.D. OF ALABAMA

| | |
|---|---|
| YVONNE MORTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 02-S-1290-M |
| | ) |
| PAYNE, PARKER, CARVER & | ) |
| ASSOCIATES, | ) |
| | ) |
| Defendant. | ) |

**ENTERED**

CCT 1 1 2002

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

<u>**MEMORANDUM OPINION**</u>

Yvonne Morton ("Morton" or "the plaintiff") filed the above-captioned action to recover

damages from Payne, Parker, Carver & Associates ("the defendant") that were incurred as a

result of the defendant's violation of the Fair Debt Collection Practices Act ("FDCPA"), 15

U.S.C. § 1692, *et seq*. and premised on an invasion of privacy claim. (Doc. 1 (Complaint)).[1] On

July 19, 2002, the plaintiff filed an application seeking entry of a default judgment against the

defendant. (Doc. 5). On September 16, 2002, the magistrate judge assigned this matter held a

damages hearing. Premised on the record and the evidence, the court found that the defendant

was in default in failing to respond to the previous orders of this court; that the plaintiff has

stated a claim for relief under the FDCPA warranting relief; and she was due to be awarded a

monetary judgment against the defendant for damages in the amount of $25,000.00, an attorney's

fee in the amount of $5,445.00, and expenses of $150.00. There were no objections to the report

and recommendation.

Premised on the foregoing, the court finds that the plaintiff is entitled to a judgment in the

---

[1] References herein to "Doc. __" are to the docket numbers assigned by the Clerk of the Court to the pleadings filed in this matter.



amount of $30,595.00, with interest at the prevailing rate.  An appropriate order will be entered.

**DONE**, this ____11th____ day of October, 2002.

_____
UNITED STATES DISTRICT JUDGE

2